UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DERRICK ANDERSON, on behalf of himself and all others
similarly situated,

Civil Action No: 1:25-cv-03746-DLI-RML

Plaintiff,

-v.-

Kura Sushi USA, Inc.

Defendants.
------------------------------------------------------------------------x

**<u>JOINT STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** <u>December 8, 2025</u>

| For Plaintiff Derrick Anderson | For Defendant Kura Sushi USA, Inc. |
|---|---|
| */s/ Uri Horowitz, Esq.*<br>Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>144-41 70th Road<br>Flushing, NY 11367<br>Tel. (718) 705-8700<br>uri@horowitzlawpllc.com | */s/ Jonathan Hong*<br>Jonathan Hong, Esq.<br>Dentons US, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 398-8797<br>jonathan.hong@dentons.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on December 8, 2025, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 8th day of December, 2025          Respectfully Submitted,

                                        */s/ Uri Horowitz*
                                        Uri Horowitz, Esq.